HONORABLE RICHARD LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>MATTHEW BURNS,<br><br>Defendant. | Cause No. 07-CR-00282-RSL<br><br>**ORDER GRANTING MOTION TO SEAL MOTION FOR DOCUMENTS SUBPOENA TO RING LLC** |

This matter having come before the Court on Defendant's Motion to Seal Motion for Documents Subpoena, and good cause appearing therefore,

NOW THEREFORE it is ordered that the clerk shall file the motion for a documents subpoena, supporting declaration and order under seal.

//
//
//
//
//

ORDER GRANTING MOTION TO SEAL
MOTION FOR DOCUMENTS
SUBPOENA TO RING LLC - 1

*Gilbert H. Levy*
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818

| | |
|---|---|
| 1 | DATED THIS 5th day of April, 2019 |
| 2 | |
| 3 | _____<br>U.S. DISTRICT COURT JUDGE |
| 4 | Presented by: |
| 5 | |
| 6 | /s/Gilbert H. Levy<br>Gilbert H. Levy, WSBA #4805 |
| 7 | Attorney for Defendant |

ORDER GRANTING MOTION TO SEAL
MOTION FOR DOCUMENTS
SUBPOENA TO RING LLC - 2

*Gilbert H. Levy*
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818