UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW GORDON BURNS,<br><br>Defendant. | Case No. 2:07-CR-282-RSL<br><br>**ORDER GRANTING MOTION TO WITHDRAW COUNSEL** |

This matter comes before the Court on defendant's "Motion to Withdraw." Dkt. #125. Defendant requests entry of an order permitting retained counsel Gilbert H. Levy to withdraw. Id. Defendant's motion is GRANTED.

DATED this 24th day of September, 2019

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
WITHDRAW COUNSEL - 1