Hon. Robert S. Lasnik

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

UNITED STATES OF AMERICA,

No. CR 07 – 282 RSL

9

Plaintiff,

10

v.

[PROPOSED] ORDER GRANTING
MOTION FOR SUBSTITUTION OF
COUNSEL

11
12

MATHEW GORDON BURNS,

Defendant.

13
14

Defendant's motion for substitution of counsel came on regularly for hearing, and, the

15

Court being fully advised, grants the motion.

16

IT IS THEREFORE ORDERED that appointed attorney Robert Gombiner is permitted to

17

withdraw, and attorney Stephan R. Illa is substituted in his place as defendant's retained counsel of

18

record effective this date.

19

ORDERED this 19th day of November, 2019.

20
21

_____
Hon. Robert S. Lasnik
U.S. District Court Judge

22
23
24

[PROPOSED] ORDER GRANTING MOTION FOR
SUBSTITUTION OF COUNSEL – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA  98110
(206) 464-4142