UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW BURNS,<br><br>Defendant. | No. CR19-074RSL<br>No. CR07-282RSL<br><br>ORDER DENYING<br>DEFENDANT'S MOTION<br>FOR RETURN OF<br>PERSONAL PROPERTY |

On February 5, 2021, defendant filed a motion for an order directing the government to return all personal property seized by the United States. Dkt. # 88. On February 10, 2021, the United States provided notice that the property defendant "agreed to forfeit in his plea (Dkt. No. 14) are in the custody of Pierce County Sheriff's Office"—not in the custody of the United States. Dkt. # 91. Accordingly, the Court DENIES defendant's motion for return of personal property.

IT IS SO ORDERED.

DATED this 10th day of February, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR RETURN OF PERSONAL PROPERTY - 1